UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Complaint of ENERGETIC TANK, INC., as Owner of the M/V ALNIC MC, for Exoneration from or Limitation of Liability | Case No. 1:18-cv-1359 (PAC) (RWL)<br><br>**FIRST ADDENDUM TO SECOND STIPULATED SUPPLEMENTAL PROTECTIVE ORDER REGARDING <u>CONFIDENTIAL INFORMATION</u>** |

This First Addendum to the Second Stipulated Supplemental Protective Order is made to add non-parties to those that were listed in ECF No. 167, Paragraph 2.a. (January 23, 2019).

IT IS ORDERED AS FOLLOWS:

The names of the following companies are hereby incorporated into the Second Stipulated Protective Order, Paragraph 2.a., and are subject to its terms and provisions, which remain in full force and effect:

vii.  BAE Systems, Inc.

viii. American Marine, Inc.

ix.   APi Construction Co.

x.    ASI

xi.   Bender CCP

xii.  Brewer Crane & Rigging

xiii. Core

xiv.  Delphinus

xv.   Entwistle

xvi.  Epsilon Systems

xvii. Heger Dry Dock

| | |
|---|---|
| xviii. | Inspec Testing |
| xix. | King Tech |
| xx. | Mide |
| xxi. | Miller Marine |
| xxii. | Omega Industrial |
| xxiii. | Pac Chemical Labs |
| xxiv. | Pac Tug |
| xxv. | Paige Floor Covering Specialists |
| xxvi. | Propulsion Controls Engineering (PCE) |
| xxvii. | Phoenix International |
| xxviii. | Premier |
| xxix. | RIX Industries |
| xxx. | Rocky's |
| xxxi. | South Bay Sand Blasting and Tank Cleaning, Inc. (SBSBTC) |
| xxxii. | SCWM |
| xxxiii. | Sea-Tech |
| xxxiv. | Surface Technologies Corporation (STC) |
| xxxv. | The Source |
| xxxvi. | Union Electric |
| xxxvii. | Wess Transportation |
| xxxviii. | YYK Enterprises |
| xxxix. | Accrabond Corp. |
| xl. | Accushim, Inc. |

xli. Acro Instrument Co.

xlii. Alaskan Copper & Brass Co.

xliii. American Metal Bearing Co.

xliv. American Rigging Supply

xlv. Apex Engineering Production Corp.

xlvi. Aqua Aire West, LLC

xlvii. Agro Turboserve Corp.

xlviii. Arctic Containers, Inc.

xlix. ASI Marine & Industrial

l. Askew Industrial Corp.

li. Atlas Chemical

lii. Automatic Coating LTD

liii. Barrett Engineered Pumps

liv. Bear Metal Supply

lv. Begdahl Associated, Inc.

lvi. BFG Marine MFG

lvii. BNL Industries

lviii. Bob's Crane Service

lix. Border Products, Corp.

lx. Business Office Outfitters

lxi. CA Marine Supply

lxii. Canvas Concepts Inc.

lxiii. Chidgey & Son Metalsmith

lxiv. Clark Air Systems

lxv. Dante Valve Co.

lxvi. FH McGlaughlin Co., Inc.

lxvii. Fire Etc.

lxviii. Grating Pacific, Inc.

lxix. H.M. Pitt Labs

lxx. HippWrap Containment

lxxi. Industrial Metal Supply

lxxii. Innovative Marine, Inc.

lxxiii. J.A. Moody Equipment Specialists, Inc.

lxxiv. Jo-Kell, Inc.

lxxv. Juniper Industries, Inc.

lxxvi. Lokring Technology, LLC

lxxvii. Malpass, Inc.

lxxviii. Marine Rest Fabricators

lxxix. Mission Janitorial & Abrasive Supplies

lxxx. Monarch Supply Co., Inc.

lxxxi. Murray Benjamin Co.

lxxxii. Myriad Industries, Inc.

lxxxiii. Pacific Maritime Industries Corp.

lxxxiv. Pacific Rigging Loft, Inc.

lxxxv. Packaging Systems, Inc.

lxxxvi. Peerless MFG, Co.

| | |
|---|---|
| lxxxvii. | Potter Electric, Inc. |
| lxxxviii. | Progressive Fastening |
| lxxxix. | Qualified Fasteners of Florida |
| xc. | R.S. Hughes Co., Inc. |
| xci. | Railway Specialties |
| xcii. | Republic Brass Sales |
| xciii. | Ridout Plastics |
| xciv. | San Diego Bag & Supply |
| xcv. | San Diego Fluid Systems Technologies |
| xcvi. | San Diego Metal Graphics |
| xcvii. | San Diego Seal, Inc. |
| xcviii. | Sanchem, Inc. |
| xcix. | Sea Shield Marine Products |
| c. | Sea-Tech Products, Inc. |
| ci. | Southcoast Welding |
| cii. | Spec-Built Systems, Inc. |
| ciii. | Specialty Seals & Accessories |
| civ. | Spiral Metals Corp. |
| cv. | Stark MFG Co. |
| cvi. | The Entwistle Company |
| cvii. | Tork Systems, Inc. |
| cviii. | United Fasteners, Inc. |
| cix. | US Naval Plumbing |

| | |
|---|---|
| cx. | Valley Powder Coating |
| cxi. | Vandal Stop Products |
| cxii. | Water Weights Inc./Imes Inc. |
| cxiii. | Wescraft, Inc. |
| cxiv. | Western Hose & Gasket |
| cxv. | Aqua Wire West, LLC |
| cxvi. | Bear Metal Supply |
| cxvii. | Marine Rest Fabricators |
| cxviii. | San Diego Metal Graphics |

IT IS SO ORDERED.

Dated: February 7, 2020

_____
PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

THE PARTIES, BY AND THROUGH THEIR COUNSEL BELOW, STIPULATE TO ENTRY OF THIS ADDENDUM ORDER:

Dated: January 30, 2020

JOSEPH H. HUNT
Assistant Attorney General
DOUGLAS M. HOTTLE, Senior Trial Counsel
THOMAS M. BROWN, Trial Attorney
JESSICA G. SULLIVAN, Trial Attorney
KYLE FRALICK, Trial Attorney
Aviation & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
(overnight courier)
175 N St. N.E., 8th Floor
Washington, D.C. 20002
(202) 616-4070; stephen.flynn@usdoj.gov
(202) 616-2973; douglas.hottle@usdoj.gov
(202) 616-4112; thomas.m.brown@usdoj.gov
(202) 616-4044; jessica.sullivan@usdoj.gov
(202) 616-4002 (fax)


s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast and Pacific Rim Office
Aviation & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
7th Floor, Room 7-5395, 450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6630; Fax: (415) 436-6632
mike.underhill@usdoj.gov

Attorneys for Claimant United States of America

| | |
|---|---|
| Dated: January 30, 2020 | BLANK ROME LLP |

By: s/ by consent
Thomas H. Belknap, Jr.
Alan M. Weigel
1271 Avenue of the Americas
New York, New York 10020
(212) 885-5000
tbelknap@blankrome.com
aweigel@blankrome.com

Attorneys for Petitioner
Energetic Tank, Inc.

| | |
|---|---|
| Dated: January 30, 2020 | TABAK MELLUSI & SHISHA LLP |

By: s/ by consent

Attorneys for Claimants Navin and Haruka
Ramdhun, Jason and Cheysserr Luangco,
Nestor and Xiomaro Cuevas Soto, Joshua Bruce
Hook, Doyle A. Ebarb, Joseph K. Robbins,
Ashanti Molton, Donnovan Lamarcus Jones,
Devin Mask, Patrick and Ayaka Joseph

| | |
|---|---|
| Dated: January 30, 2020 | HOFMANN & SCHWEITZER |

By: s/ by consent

Attorneys for Claimants Kerrington Harvey,
Jason Baldwin, Matthew Montgomery, Brandon
York, Dedrick Walker, Donnel Robinson,
Davion Reese, Andy Aceret, Gao Yong, Michael
Wuest, Joshua Patat, Juan Romero, Akimwalle
Winter, Vares Belony, Milton O. and Tracey
Lovelace, Delando Beckford, Victor Granados,
Jamal Johnson

Dated: January 30, 2020        SEMMES BOWEN & SEMMES PC

LYONS & FLOOD, LLP

By: s/ by consent

Attorneys for Claimant Jennifer Simon

Dated: January 30, 2020        ARNOLD & ITKIP LLP

TORGAN COOPER & AARON PC

By: s/ by consent

Attorneys for Claimants John Hoagland,
Karen Koyon, Richard Lopez, Taylor
Troy, Karen Bushell, Rachel Eckels,
Theresa Palmer, Alan Aaron, Darryl
Smith, Amy Winters, Jacqueline Ingram

Dated: January 30, 2020        ARMBRUSTER, DRIPPS, WINTERSCHEIDT
& BLOTEVOGEL

By: s/ by consent

Attorneys for Claimants Francesco and
Alexis Sanfilippo