UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Complaint of<br>ENERGETIC TANK, INC.,<br>as Owner of the M/V ALNIC MC,<br>for Exoneration from or Limitation of Liability | Case No. 1:18-cv-1359 (PAC) (RWL)<br><br>**SECOND ADDENDUM TO SECOND STIPULATED SUPPLEMENTAL PROTECTIVE ORDER REGARDING <u>CONFIDENTIAL INFORMATION</u>** |

This Second Addendum to the Second Stipulated Supplemental Protective Order is made to add non-parties to those that were listed in ECF No. 167, Paragraph 2.a. (January 23, 2019).

IT IS ORDERED AS FOLLOWS:

The names of the following companies are hereby incorporated into the Second Stipulated Protective Order, Paragraph 2.a., and are subject to its terms and provisions, which remain in full force and effect:

cxix.  RB Allen

cxx.  General Dynamics/Bath Iron Works

cxxi.  Rolls Royce Marine

cxxii.  Applied Technical Services, Inc.

cxxiii.  Dresser-Rand (Siemans Government Technologies, Inc.)

cxxiv.  Core, Inc.

cxxv.  York (Johnson Controls)

cxxvi.  Technico, Corp.

cxxvii.  Lockheed Martin

cxxviii.  Honeywell Sensotec

cxxix.  Clarus

cxxx.  Uni, Corp.

cxxxi.  Curtis Wright Fleet Solutions

cxxxii.  Mitsubishi Heavy Industries

cxxxiii.  Japan Marine United

IT IS SO ORDERED.

Dated: _____April 9\_, 2020              _____
                                            PAUL A. CROTTY
                                            UNITED STATES DISTRICT JUDGE

THE PARTIES, BY AND THROUGH THEIR COUNSEL BELOW, STIPULATE TO ENTRY OF THIS ADDENDUM ORDER:

Dated: April 8, 2020                      JOSEPH H. HUNT
                                              Assistant Attorney General
                                              DOUGLAS M. HOTTLE, Senior Trial Counsel
                                              THOMAS M. BROWN, Trial Attorney
                                              JESSICA G. SULLIVAN, Trial Attorney
                                              KYLE FRALICK, Trial Attorney
                                              MALINDA R. LAWRENCE, Trial Attorney
                                              Aviation & Admiralty Litigation
                                              Torts Branch, Civil Division
                                              U.S. Department of Justice
                                              (overnight courier)
                                              175 N St. N.E., 8th Floor
                                              Washington, D.C. 20002
                                              (202) 616-4070; stephen.flynn@usdoj.gov
                                              (202) 616-2973; douglas.hottle@usdoj.gov
                                              (202) 616-4112; thomas.m.brown@usdoj.gov
                                              (202) 616-4044; jessica.sullivan@usdoj.gov
                                              (202) 616-4002 (fax)


                                              s/_R. Michael Underhill
                                              R. MICHAEL UNDERHILL
                                              Attorney in Charge
                                              West Coast and Pacific Rim Office
                                              Aviation & Admiralty Litigation
                                              Torts Branch, Civil Division
                                              U.S. Department of Justice
                                              P.O. Box 36028
                                              7th Floor, Room 7-5395, 450 Golden Gate Ave.
                                              San Francisco, CA  94102
                                              Tel: (415) 436-6630; Fax: (415) 436-6632
                                              mike.underhill@usdoj.gov

                                              Attorneys for Claimant United States of America

Dated: April 8, 2020                         BLANK ROME LLP

                                                  By: s/ by consent
                                                  Thomas H. Belknap, Jr.
                                                  Alan M. Weigel
                                                  1271 Avenue of the Americas
                                                  New York, New York 10020
                                                  (212) 885-5000
                                                  tbelknap@blankrome.com
                                                  aweigel@blankrome.com

                                                  Attorneys for Petitioner
                                                  Energetic Tank, Inc.

Dated: April 8, 2020                         TABAK MELLUSI & SHISHA LLP


                                                  By: s/ by consent


Attorneys for Claimants Navin and Haruka Ramdhun, Jason and Cheysserr Luangco, Nestor and Xiomaro Cuevas Soto, Joshua Bruce Hook, Doyle A. Ebarb, Joseph K. Robbins, Ashanti Molton, Donnovan Lamarcus Jones, Devin Mask, Patrick and Ayaka Joseph

Dated: April 8, 2020                         HOFMANN & SCHWEITZER


                                                  By: s/ by consent


Attorneys for Claimants Kerrington Harvey, Jason Baldwin, Matthew Montgomery, Brandon York, Dedrick Walker, Donnel Robinson, Davion Reese, Andy Aceret, Gao Yong, Michael Wuest, Joshua Patat, Juan Romero, Akimwalle Winter, Vares Belony, Milton O. and Tracey Lovelace, Delando Beckford, Victor Granados, Jamal Johnson

| | |
|---|---|
| Dated: April 8, 2020 | SEMMES BOWEN & SEMMES PC |
| | LYONS & FLOOD, LLP |
| | |
| | By: s/ by consent |
| | Attorneys for Claimant Jennifer Simon |
| | |
| Dated: April 8, 2020 | ARNOLD & ITKIP LLP |
| | TORGAN COOPER & AARON PC |
| | |
| | By: s/ by consent |
| | Attorneys for Claimants John Hoagland, Karen Koyon, Richard Lopez, Taylor Troy, Karen Bushell, Rachel Eckels, Theresa Palmer, Alan Aaron, Darryl Smith, Amy Winters, Jacqueline Ingram |
| | |
| Dated: April 8, 2020 | ARMBRUSTER, DRIPPS, WINTERSCHEIDT & BLOTEVOGEL |
| | |
| | By: s/ by consent |
| | Attorneys for Claimants Francesco and Alexis Sanfilippo |

5