UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    In the Matter of the Complaint

                of                                         1:18-cv-1359 (PAC) (RWL)

    ENERGETIC TANK, INC.,
    as Owner of the M/V ALNIC MC,                          **ORDER**
    for Exoneration from or Limitation of
    Liability

------------------------------------------------------------------X

        The Court has reviewed the parties' proposed Joint Pre-Trial Order, ECF No. 329, in advance of the Phase I bench trial beginning November 1, 2021. The Court expresses concern that "[t]he exhibits, witness lists, and deposition designations in the Joint Pre-Trial Order are far in excess of what is reasonably necessary for a fair, expeditious, and just presentation of this case." *Am. Nat'l Theatre & Acad. v. Am. Nat'l Theatre Inc.*, No. 05 Civ. 4535 (JGK), 2006 WL 8462060, at *1 (S.D.N.Y. Aug. 8, 2006). Accordingly, in advance of the final pre-trial conference on October 25, 2021, the Petitioner and the United States shall submit—jointly or separately—summaries of the deposition designations that would be presented at trial.

Dated: New York, New York
       October 21, 2021

                                                SO ORDERED

                                               _____
                                               HONORABLE PAUL A. CROTTY
                                               United States District Judge