

U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 14271
Washington, DC  20044-4271

Telephone: (202) 616-4112
Facsimile:  (202) 616-4159
Email:  thomas.m.brown@usdoj.gov

Overnight Delivery:
175 N St., NE
Washington, DC  20002

**FILED VIA ECF**

Honorable Paul A. Crotty
United States District Court
500 Pearl Street
New York, NY 10007

      Re:    *In re Energetic Tank, Inc.*
                  S.D.N.Y. 1:18-cv-01359 (PAC)

Dear Judge Crotty:

      We write in response to the Court's Order, which offered the United States the opportunity to file a letter "explaining why redactions to Petitioner's post-trial submissions are justified by December 23, 2021." ECF 377 at 2.  Absent that, the Court expressed an intent to order Petitioner to file public versions of its post-trial submissions without redactions.  *Id.*

      In light of the Court's Order, Navy security managers undertook a detailed review of the public record as compared to all proposed redactions.  Based on that review, the United States has no objection to the Court's intended order regarding unredacted filings.  The United States thanks the Court for protecting Navy security interests throughout this litigation.

                          Respectfully submitted,

                          /s/ *Thomas M. Brown*
                          Thomas M. Brown
                          Trial Attorney

cc: All Counsel per ECF Filing