UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ENERGETIC TANK, INC., AS OWNER OF THE M/V ALNIC MC, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. 1:18-cv-1359 (PAC) (RWL)<br><br>**UNITED STATES' MOTION FOR LEAVE TO WITHDRAW COUNSEL** |

     Pursuant to Local Civil Rule 1.4, the United States moves for leave to withdraw U.S. Department of Justice counsel R. Michael Underhill and Douglas M. Hottle. Following Phase One (*i.e.*, liability and the United States' damages) of the bench trial in this matter, both Messrs. Underhill and Hottle have entered retirement. Attorneys Jessica G. Sullivan, Malinda R. Lawrence, Thomas J. Bright, and Thomas M. Brown will continue to represent the United States.

     Further, contemporaneous with this motion, the United States will file a notice of appearance for Department of Justice counsel Kyle Fralick. He previously appeared in this matter while serving on a two-year detail to the Department of Justice from the U.S. Navy Judge Advocate General's Corps. *See* ECF Nos. 156 (Notice of Appearance); 276 (Order Granting Mot. to Withdraw). Having completed his active naval service, Mr. Fralick has returned to our office as a civilian trial attorney.

DATED: March 29, 2022

                                      BRIAN M. BOYNTON
                                      Principal Deputy Assistant Attorney General

                                      R. MICHAEL UNDERHILL, Attorney in
                                        Charge (retired)
                                      KYLE FRALICK, Trial Attorney
                                      San Francisco Field Office
                                      Aviation, Space & Admiralty Litigation

Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Ave., 7th Floor, Room 7-5395
San Francisco, CA 94102
(415) 436-6647
(415) 436-6632 (fax)


*/s/ Thomas M. Brown*
DOUGLAS M. HOTTLE, Senior Trial Counsel
  (retired)
THOMAS M. BROWN, Trial Attorney
JESSICA G. SULLIVAN, Trial Attorney
MALINDA R. LAWRENCE, Trial Attorney
THOMAS J. BRIGHT, Trial Attorney
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
175 N St. N.E., 8th Floor
Washington, D.C. 20002
(202) 616-4112; thomas.m.brown@usdoj.gov
(202) 616-4002 (fax)

*Attorneys for United States of America*

## CERTIFICATE OF SERVICE

I certify that on March 29, 2022, a copy of the foregoing was filed electronically with the Clerk of the Court by operation of the Court's electronic filing system, which will serve an electronic copy to all counsel of record.

/s/ *Thomas M. Brown*
THOMAS M. BROWN
Trial Attorney
U.S. Department of Justice