UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
    :
In the Matter of the Complaint     :
    :
    of     :    No. 18-cv-1359 (PAC) (RWL)
    :
ENERGETIC TANK, INC.,     :
as Owner of the M/V ALNIC MC,     :    **ORDER**
for Exoneration from or Limitation of Liability     :
    :
----------------------------------------------------------------X

Having concluded the Phase I liability trial, this case shall now proceed to Phase II: adjudicating the wrongful death and personal injury claims. Accordingly, it is hereby ORDERED:

1. The parties may submit briefing on preliminary issues to address in Phase II by 5:00pm on **Monday, July 11th**. Each party's submission should not exceed 25 pages, double-spaced. These issues could include, but are not limited to:

   a. Whether the Petitioner may seek contribution and/or indemnity from the United States, given the interaction of Singapore and United States law in this case;

   b. Which claimants, if any, have a right to a jury trial under applicable federal statutes, and if so, how those trials would proceed; and

   c. Whether alternative forms of dispute resolution (for example, using a mediator, advisory jury, or special master) should be explored.

2. The parties are directed to meet and confer by **Friday, July 1st** to explore streamlining these submissions.

3. A conference shall take place **Thursday, July 14th, at 12:00pm** in Courtroom 14C.

Dated: New York, New York        SO ORDERED
      June 16, 2022

                                                */s/ Paul A. Crotty*
                                    HONORABLE PAUL A. CROTTY
                                    United States District Judge