UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Complaint<br><br>of<br><br>ENERGETIC TANK, INC.,<br>as Owner of the M/V ALNIC MC,<br>for Exoneration from or Limitation of Liability | No. 18-cv-1359 (PAC) (RWL)<br><br>**ORDER** |

Following today's status conference, it is hereby ORDERED:

1. The parties shall complete fact and expert discovery regarding claims by the Wrongful Death Claimants in six months, by **March 7th, 2023**;

2. The parties shall complete fact and expert discovery regarding claims by the Personal Injury Claimants in eight months, by **May 8th, 2023**;

3. A status conference shall take place **Monday, January 9th, at 2:00pm** in Courtroom 14C. If that date is not convenient, the parties can meet and confer and e-mail three mutually convenient dates to the Courtroom Deputy at: David_C_Gonzalez@nysd.uscourts.gov.

Dated: New York, New York
       September 7, 2022

SO ORDERED

_____
HONORABLE PAUL A. CROTTY
United States District Judge

1