# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of October, two thousand twenty-two.

_____

Energetic Tank, Inc., as Owner of the M/V Alnic MC, for exoneration from or Limitation of Liability,

        Plaintiff-Counter-Defendant-Appellant-Cross-Appellee,

v.

United States of America,

        Claimant-Counter-Claimant-Counter-Defendant-Appellee-Cross-Appellant,*

_____

**ORDER**

Docket Nos. 22-1765(L), 22-1884(XAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 13 2022

By order dated October 5, 2022, this Court granted a request by the district court and remanded this case, pursuant to *United States v. Jacobson*, 15 F.3d 19, 22 (2d Cir. 1994), to allow the district court to (i) correct an order encompassed by the appeal under Fed. R. Civ. P. 60(a); and (ii) certify that order as a final judgment under Fed. R. Civ. P. 54(b). The district court issued its order on October 6, 2022. Upon consideration thereof,

IT IS HEREBY ORDERED that the mandate is RECALLED and the appeal is REINSTATED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

_____
* The case caption has been abbreviated for purposes of this order only.

CERTIFIED COPY ISSUED ON 10/13/2022