UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Complaint of<br>ENERGETIC TANK, INC.,<br>as Owner of the M/V ALNIC MC,<br>for Exoneration from or Limitation of Liability | Case No. 1:18-cv-1359 (PAC) (RWL)<br><br>**THIRD ADDENDUM TO SECOND STIPULATED SUPPLEMENTAL PROTECTIVE ORDER REGARDING <u>CONFIDENTIAL INFORMATION</u>** |

This Third Addendum to the Second Stipulated Supplemental Protective Order is made to add a Department of Defense system of records to those that were listed in ECF No. 167, Paragraph 1.b. (January 23, 2019).

IT IS ORDERED AS FOLLOWS:

The name of the following system of records is hereby incorporated into the Second Stipulated Protective Order, Paragraph 1.b., and is subject to its terms and provisions, which remain in full force and effect:

      vi.    Defense T7336, Defense Finance and Accounting Service ("DFAS"), MyPay System, June 16, 2006, 71 FR 34898.

IT IS SO ORDERED.

Dated: 11/17, 2022

                                                         PAUL A. CROTTY
                                        UNITED STATES DISTRICT JUDGE

THE PARTIES, BY AND THROUGH THEIR COUNSEL BELOW, STIPULATE TO ENTRY OF THIS ADDENDUM ORDER:

Dated: October 28, 2022

BRIAN M. BOYNTON
Principle Deputy Assistant Attorney General

STEPHEN FLYNN
Assistant Director (Admiralty)
Torts Branch, Civil Division
U.S. Department of Justice

*s/ Jessica Sullivan*
JESSICA G. SULLIVAN, Trial Attorney
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
(overnight courier)
175 N St. N.E., 8th Floor
Washington, D.C. 20002
(202) 616-4044; jessica.sullivan@usdoj.gov
(202) 616-4002 (fax)

KYLE FRALICK, Trial Attorney
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
7th Floor, Room 7-5395
450 Golden Gate Ave.
San Francisco, CA 94102
(415) 436-6630; kyle.fralick@usdoj.gov
(415) 436-6632 (fax)

Attorneys for the United States of America

Of counsel:

CDR Thomas M. Brown, JAGC, USNR
U.S. Navy Office of the Judge Advocate General
Admiralty & Maritime Law
1322 Patterson Ave., Suite 3000
Washington Navy Yard, D.C. 20374
(202) 685-5040
thomas.m.brown11.mil@us.navy.mil

Dated: October 28, 2022            BLANK ROME LLP

By: s/ by consent
Thomas H. Belknap, Jr.
Alan M. Weigel
1271 Avenue of the Americas
New York, New York 10020
(212) 885-5000
tbelknap@blankrome.com
aweigel@blankrome.com

Attorneys for Petitioner
Energetic Tank, Inc.

Dated: October 28, 2022            TABAK MELLUSI & SHISHA LLP

By: s/ by consent

Attorneys for Claimants Navin and Haruka
Ramdhun, Jason and Cheysserr Luangco,
Nestor and Xiomaro Cuevas Soto, Joshua Bruce
Hook, Doyle A. Ebarb, Joseph K. Robbins,
Ashanti Molton, Donnovan Lamarcus Jones,
Devin Mask, Patrick and Ayaka Joseph

Dated: October 28, 2022            HOFMANN & SCHWEITZER

By: s/ by consent

Attorneys for Claimants Kerrington Harvey,
Jason Baldwin, Matthew Montgomery, Brandon
York, Dedrick Walker, Donnel Robinson,
Davion Reese, Andy Aceret, Gao Yong, Michael
Wuest, Joshua Patat, Juan Romero, Akimwalle
Winter, Vares Belony, Milton O. and Tracey
Lovelace, Delando Beckford, Victor Granados,
Jamal Johnson

Dated: October 28, 2022          SEMMES BOWEN & SEMMES PC

                                 LYONS & FLOOD, LLP


                                 By: s/ by consent

                                 Attorneys for Claimant Jennifer Simon


Dated: October 28, 2022          ARNOLD & ITKIP LLP

                                 TORGAN COOPER & AARON PC


                                 By: s/ by consent

                                 Attorneys for Claimants John Hoagland,
                                 Karen Koyon, Richard Lopez, Taylor
                                 Troy, Karen Bushell, Rachel Eckels,
                                 Theresa Palmer, Alan Aaron, Darryl
                                 Smith, Amy Winters, Jacqueline Ingram


Dated: October 28, 2022          ARMBRUSTER, DRIPPS, WINTERSCHEIDT
                                 & BLOTEVOGEL


                                 By: s/ by consent

                                 Attorneys for Claimants Francesco and
                                 Alexis Sanfilippo

4