UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In re ENERGETIC TANK, INC. as
Owner of the M/V ALNIC MC    Plaintiff,

Case No. 1:18-cv-1359

-against-

Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Thomas M. Brown**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: **N/A**      My State Bar Number is **MD 912150112**

I am,

[ ] An attorney
[✔] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: U.S. Navy Office of the Judge Advocate General
            FIRM ADDRESS: 1322 Patterson Ave Ste 3000, Wash., DC 20374
            FIRM TELEPHONE NUMBER: (202)685-5040
            FIRM FAX NUMBER: (202)685-5471

NEW FIRM:   FIRM NAME: U.S. Department of Justice
            FIRM ADDRESS: 175 N St. NE, 8th Floor, Wash., DC 20002
            FIRM TELEPHONE NUMBER: (202)616-4036
            FIRM FAX NUMBER: (202)616-4159

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: December 19, 2022

_____
ATTORNEY'S SIGNATURE