# HOFMANN & SCHWEITZER

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY
212 West 35th Street, 12th Floor
NEW YORK, NY 10001
Telephone: (212) 465-8840

PAUL T. HOFMANN*                               Fax: (212) 465-8849                    NEW JERSEY OFFICE:
TIMOTHY F. SCHWEITZER*                          Fax: (844) 570-8674                   1130 ROUTE 202 SOUTH , SUITE A7
_____                                                                              RARITAN, NJ 08869
                                                                                     (908) 393-5662
DARIO ANTHONY CHINIGO*           E-M AIL: INFO@HOFMANNLAWFIRM.COM
JOSEPH G. FATTORUSSO*            WEB PAGE: WWW.HOFMANNLAWFIRM.COM

*Also Admitted in NJ                                                                  Writer's Email:
                                                                                     paulhofmann@hofmannlawfirm.com

January 11, 2023

**Via ECF**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:     Energetic Tank, Inc. as Owner of the M/V Alnic MC for the exoneration from or
        Limitation of Liability,  1:18-Civ.-01359-PAC

Dear Judge Crotty:

I write concerning the discussion of the citizenship of the claimants my firm represents in relationship to the request for a jury trial based on diversity of citizenship.

During oral argument, I believe I mistakenly said that all of my clients *were* U.S. citizens. What I intended to say and should have said is that "I believe all of my clients are U.S. citizens."

Although I am still not back to the office due to my illness, I am in the process of confirming citizenship of all of our firm's individual claimants at the time of the filing of their claims.  I will thereafter identify to the parties, and the court, the citizenship of each of our claimants.  If I was wrong that "all" of them are citizens, I want to correct that erroneous statement.

Respectfully yours,

HOFMANN & SCHWEITZER

By: _____
                    Paul T. Hofmann

PTH/gh

c:      All Counsel via ECF