## UNITED STATES DISTRICT COURT
## SOURTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ENERGETIC TANK, INC., AS OWNER OF THE M/V ALNIC MC, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | ) <br> ) Case No. 1:18cv1359 (PAC) (RWL) <br> ) <br> ) <br> ) <br> ) **MOTION FOR ADMISSION** <br> ) **PRO HAC VICE** <br> ) |

PURSUANT TO RULE 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Trevor Courtney hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Claimants John Hoagland, Karen Doyon, Richard Lopez, Troy Taylor, Karen Bushell, Rachel Eckels, Theresa Palmer, Alan Aaron, Darryl Smith, Amy Winters, Jacqueline Ingram and Gilleon Gillis in the above-captioned action.

I am in good standing of the bar of Texas. I have never been convicted of a felony. I have never been suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3

Dated:   January 17, 2023

                                                                                       Respectfully submitted,
                                                                                       **ARNOLD & ITKIN LLP**

                                                                                       */s/ Trevor Courtney*
                                                                                       Trevor Courtney
                                                                                       Texas Bar No. 24125599
                                                                                       6009 Memorial Drive
                                                                                       Houston, Texas 77007
                                                                                       Telephone: (713) 222-3800
                                                                                       Facsimile: (713) 222-3850
                                                                                       tcourtney@arnolditkin.com
                                                                                       **ATTORNEYS FOR CLAIMANTS**