UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT ) <br> OF ENERGETIC TANK, INC., AS ) <br> OWNER OF THE M/V ALNIC MC, ) <br> FOR EXONERATION FROM OR ) <br> LIMITATION OF LIABILITY ) <br> ) | Case No. 1:18-cv-1359 (PAC) |

### DECLARATION OF CITIZENSHIP OF FRANCESCO SANFILIPPO

Now comes Francesco Sanfilippo, claimant herein, and pursuant to 28 U.S. Code § 1746 declares:

1. I was born in Chicago, Illinois on ▇▇▇▇▇▇▇, 1993.

2. On June 13, 2018, my wife, Alexis, and I co-owned a home in Iowa City, Iowa.

3. On June 13, 2018, I was living in Chicago, Illinois.

4. On June 13, 2018, I intended to stay in Chicago, Illinois until my physical condition permitted me to return to Iowa City, Iowa.

5. The attached birth certificate is a true and correct copy of my birth certificate.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Francesco Sanfilippo*
FRANCESCO SANFILIPPO

**Executed on January 31, 2023.**

Respectfully submitted,

ARMBRUSTER, DRIPPS BLOTEVOGEL, LLC

By: */s/ Roy C. Dripps*
      Roy C. Dripps #6182013 *as pro hac vice*
      51 Executive Plaza Court
      Maryville, IL 62062
      Telephone: 618/208-0320
      Facsimile: 800/927-1529
      royd@adwblaw.com

      Attorneys for Claimants,
      Francesco Sanfillippo and Alexis Sanfilippo

## **CERTIFICATE OF SERVICE**

I certify that on **February 1, 2023**, a copy of the foregoing was filed electronically with the Clerk of the Court by operation of the Court's electronic filing system, which will serve an electronic copy to all counsel of record.

By: */s/ Roy C. Dripps*
      Roy C. Dripps
      Attorney for Claimants,
      Francesco Sanfilippo and Alexis Sanfilippo

# CERTIFICATION OF VITAL RECORD

# CITY OF CHICAGO
## CHICAGO DEPARTMENT OF HEALTH
### DIVISION OF VITAL RECORDS

BIRTH NUMBER: 112-93-6026835

NAME: FRANCESCO SANFILIPPO

DATE OF BIRTH: █████ 1993     SEX: MALE

PLACE OF BIRTH: CHICAGO, COOK COUNTY, ILLINOIS

MAIDEN NAME OF MOTHER: ANGELA GIBSON

PLACE OF BIRTH OF MOTHER: ILLINOIS     AGE: 24

DATE FILED: JUNE 25, 1993     DATE ISSUED: NOVEMBER 1, 1993

169623

This is to certify that this is a true and correct abstract from the official record filed with the Chicago Department of Health.

ISSUED AT: 50 W. WASHINGTON
CHICAGO, ILLINOIS 60602

Joyce A. Brawner, M.P.A.
Local Registrar

This copy is not valid unless displaying embossed seals and registrar signature

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

