

Roy Dripps
Attorney at Law

Licensed in Missouri, Illinois

e-mail: royd@adwblaw.com

February 1, 2023

**FILED VIA ECF**
Honorable Paul A. Crotty
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    *In re: Energetic Tank, Inc. S.D.N.Y. 1:18-cv-01359 (PAC)*

Dear Judge Crotty,

Our office represents Claimant, Francesco Sanfilippo, in the above-referenced matter. On January 31, 2023, we filed on behalf of Claimant, Sanfilippo, an Affirmation of Citizenship of Francesco Sanfilippo (Doc 450). The document was filed inadvertently with sensitive information within it (Date of Birth).

Pursuant to ECF Rule 21.7, we have contacting the ECF Help Desk via email. Because this document contains sensitive information, we are hereby respectfully requesting that the filing be formally sealed by this Honorable Court. A redacted version of this document will be re-filed.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Roy C. Dripps*

Roy C. Dripps

Cc: All counsel (via ECF)

2-1-23
The requested sealing is granted. The Clerk is directed to seal ECF450 and make it viewable only to the parties in this docket. SO ORDERED.

*Paul A. Crotty*