# HOFMANN & SCHWEITZER

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY
212 West 35th Street, 12th Floor
NEW YORK, NY 10001
Telephone: (212) 465-8840
Fax: (212) 465-8849
Fax: (844) 570-8674

E-MAIL: INFO@HOFMANNLAWFIRM.COM
WEB PAGE: WWW.HOFMANNLAWFIRM.COM

PAUL T. HOFMANN*
TIMOTHY F. SCHWEITZER*
_____

DARIO ANTHONY CHINIGO*
JOSEPH G. FATTORUSSO*

*Also Admitted in NJ

NEW JERSEY OFFICE:
1130 ROUTE 202 SOUTH, SUITE A7
RARITAN, NJ 08869
(908) 393-5662

Writer's Email:
paulhofmann@hofmannlawfirm.com

February 2, 2023

Via ECF

Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, NY 10007-1312

Re:   Energetic Tank, Inc. as Owner of the M/V Alnic MC for the exoneration from or Limitation of Liability, 1:18-Civ.-01359-PAC

Dear Judge Crotty:

As Your Honor will recall, this firm represents 27 of the claimants in the referenced matter.

We are writing to respectfully request a one week extension of the time within which claimants must submit their proofs to the Court with respect to their citizenship status, from February 7, 2023 to February 14, 2023. We conferred with all parties to this claim, and all parties have consented to this application.

The brief additional time is necessary for us to obtain the evidence requested by the court from our various clients, several of whom are still active duty members of the US Navy, and with whom communications often are delayed."

Thank you for your consideration of this request and your continued oversight of this matter.

| | |
|---|---|
| The requested extension is granted.<br><br>SO ORDERED.<br><br>February 3, 2023     /s/ Paul A. Crotty | Respectfully yours,<br><br>HOFMANN & SCHWEITZER<br><br>By:_____<br>       Dario Anthony Chinigo |

DAC/gh

c:    All counsel via ECF