UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ENERGETIC TANK, INC., AS OWNER OF THE M/V ALNIC MC, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. 1:18-cv-1359 (PAC) (RWL) |

**STIPULATION AND ORDER DISMISSING THE CLAIMS OF AYAKA JOSEPH, CHEYSSERR LUANGCO AND HARUKA RAMDHUN**

1. Claimants Ayaka Joseph, Cheysserr Luangco and Haruka Ramdhun ("Claimants") have filed claims for loss of consortium and services as a result of injures sustained by their spouses as a result of the collision between the MV ALNIC and the USNS MCCAIN.

2. Claimants with the consent of opposing parties deem their pleadings amended pursuant to Fed. R. Civ. 15(a) withdrawing their claims and dismissing them as parties in this proceeding pursuant to Fed. R. Civ. P. 41(a).

3. Ayaka Joseph, Cheysserr Luangco and Haruka Ramdhun and their claims are dismissed from this proceeding with prejudice, without costs.

4. Ayaka Joseph, Cheysserr Luangco and Haruka Ramdhun agree to appear for depositions as witnesses on the dates previously specified or at such other date and time as the parties may agree.

IT IS SO ORDERED.

Dated: _____, 2023

_____
PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

THE PARTIES, BY AND THROUGH THEIR COUNSEL BELOW, STIPULATE TO ENTRY OF THIS ORDER:

Dated: February  3 , 2023              BLANK ROME LLP

                             By:   /s/Thomas H. Belknap, Jr._____
                                   Thomas H. Belknap, Jr.
                                   Alan M. Weigel
                                   405 Lexington Avenue
                                   New York, New York 10174
                                   (212) 885-5000
                                   tbelknap@blankrome.com
                                   aweigel@blankrome.com

                                   Attorneys for Petitioner
                                   Energetic Tank, Inc.

Dated: February  3 , 2023              TABAK MELLUSI & SHISHA LLP

                             By:   /s/ Jacob Shisha_____

                                   JACOB SHISHA (JS 5452)
                             Attorneys for Claimants Navin and Haruka Ramdhun, Jason and Cheysserr Luangco, Nestor and Xiomaro Cuevas Soto, Joshua Bruce Hook, Doyle A. Ebarb, Joseph K. Robbins, Ashanti Molton, Donnovan Lamarcus Jones, Devin Mask, Patrick and Ayaka Joseph, Karen Tolley, Mark Ligon and Malachi Shannon

Dated: February __3__, 2023       HOFMANN & SCHWEITZER

By: ___/s/ Paul Hofmann_____

Attorneys for Claimants Kerrington Harvey, Jason Baldwin, Matthew Montgomery, Brandon York, Dedrick Walker, Donnel Robinson, Davion Reese, Andy Aceret, Gao Yong, Michael Wuest, Joshua Patat, Juan Romero, Akimwalle Winter, Vares Belony, Milton O. and Tracey Lovelace, Delando Beckford, Victor Granados, Jamal Johnson

Dated: February __3__, 2023       SEMMES BOWEN & SEMMES PC

LYONS & FLOOD, LLP

By: ___/s/Kirk Lyons_____

Attorneys for Claimant Jennifer Simon

Dated: February __3__, 2023       ARNOLD & ITKIP LLP

TORGAN COOPER & AARON PC

By: ___/s/ Cory Itkin_____

Attorneys for Claimants John Hoagland, Karen Koyon, Richard Lopez, Taylor Troy, Karen Bushell, Rachel Eckels, Theresa Palmer, Alan Aaron, Darryl Smith, Amy Winters, Jacqueline Ingram

Dated: February __3__, 2023                ARMBRUSTER, DRIPPS, WINTERSCHEIDT
                                                                                                                                         & BLOTEVOGEL

                                                                                                                                        By: __/s/ Roy Dripps_____

                                                                                                Attorneys for Claimants Francesco and
                                                                                                Alexis Sanfilippo

Dated: February ___, 2023                BRIAN M. BOYNTON
                                                                                          Principle Deputy Assistant Attorney General
                                                                                          STEPHEN FLYNN
                                                                                          Assistant Director (Admiralty)
                                                                                          THOMAS M. BROWN, Trial Attorney
                                                                                          JESSICA G. SULLIVAN, Trial Attorney
                                                                                          KYLE FRALICK, Trial Attorney
                                                                                          Aviation & Admiralty Litigation
                                                                                          Torts Branch, Civil Division
                                                                                          U.S. Department of Justice
                                                                                          (overnight courier)
                                                                                          175 N St. N.E., 8th Floor
                                                                                          Washington, D.C. 20002
                                                                                          (202) 616-4070; stephen.flynn@usdoj.gov
                                                                                          (202) 616-2973; douglas.hottle@usdoj.gov
                                                                                          (202) 616-4112; thomas.m.brown@usdoj.gov
                                                                                          (202) 616-4044; jessica.sullivan@usdoj.gov
                                                                                          (202) 616-4041; benjamin.r.sweeney@usdoj.gov
                                                                                          (202) 616-4002 (fax)

                                                                         /s/ Thomas Brown