**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ENERGETIC TANK, INC., AS OWNER OF THE M/V ALNIC MC, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. 1:18-cv-1359 (PAC) (RWL) |

**STIPULATION AND ORDER DISMISSING THE CLAIM OF ALEXIS SANFILIPPO**

1. Claimant ALEXIS SANFILIPPO ("Claimant") has filed a claim for loss of consortium and services as a result of injures sustained by her spouse, claimant Francesco Sanfilippo, as a result of the collision between the MV ALNIC and the USNS MCCAIN.

2. Claimant ALEXIS SANFILIPPO with the consent of opposing parties deem her pleadings amended pursuant to Fed. R. Civ. 15(a) withdrawing her claims and dismissing her as a party in this proceeding pursuant to Fed. R. Civ. P. 41(a).

3. ALEXIS SANFILIPPO and her claims are dismissed from this proceeding with prejudice, without costs.

4. On April 3, 2023, ALEXIS SANFILIPPO appeared for her deposition as a witness pursuant to the notice of deposition served by Petitioner.

IT IS SO ORDERED.

Dated: _____, 2023

_____
PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

THE PARTIES, BY AND THROUGH THEIR COUNSEL BELOW, STIPULATE TO ENTRY OF THIS ORDER:

Dated: April 19, 2023                     ARMBRUSTER DRIPPS BLOTEVOGEL

                                          By: /s/ Roy C. Dripps
                                              Roy C. Dripps
                                              Attorneys for Claimants Francesco
                                              and Alexis Sanfilippo

Dated: April 19, 2023                     BLANK ROME LLP

                                          By: /s/ Thomas H. Belknap, Jr.
                                              Thomas H. Belknap, Jr.
                                              Attorneys for Petitioner
                                              Energetic Tank, Inc.

Dated: April 19, 2023                     TABAK MELLUSI & SHISHA LLP

                                          By: /s/ Jacob Shisha
                                              Jacob Shisha
                                              Attorneys for Claimants Navin and Haruka
                                              Ramdhun, Jason and Cheysserr Luangco,
                                              Nestor and Xiomaro Cuevas Soto, Joshua
                                              Bruce Hook, Doyle A. Ebarb, Joseph K.
                                              Robbins, Ashanti Molton, Donnovan
                                              Lamarcus Jones, Devin Mask, Patrick and
                                              Ayaka Joseph, Karen Tolley, Mark Ligon
                                              and Malachi Shannon

Dated: April 19, 2023                     HOFMANN & SCHWEITZER

                                          By: /s/ Paul T. Hofmann
                                              Paul T. Hoffman
                                              Attorneys for Claimants Kerrington Harvey,
                                              Jason Baldwin, Matthew Montgomery,
                                              Brandon York, Dedrick Walker, Donnel
                                              Robinson, Davion Reese, Andy Aceret, Gao
                                              Yong, Michael Wuest, Joshua Patat, Juan
                                              Romero, Akimwalle Winter, Vares Belony,
                                              Milton O. and Tracey Lovelace, Delando
                                              Beckford, Victor Granados, Jamal Johnson

Dated: April 19, 2023

    SEMMES BOWEN & SEMMES PC
    LYONS & FLOOD, LLP

    By: */s/ James W. Bartlett, III*
        Attorneys for Claimant Jennifer Simon

Dated: April 19, 2023

    ARNOLD & ITKIP LLP
    TORGAN COOPER & AARON PC

    By: */s/ Cory Itkin*
        Cory Itkin
        Attorneys for Claimants John Hoagland, Karen Koyon, Richard Lopez, Taylor Troy, Karen Bushell, Rachel Eckels, Theresa Palmer, Alan Aaron, Darryl Smith, Amy Winters, Jacqueline Ingram

Dated: April 19, 2023

    U.S. DEPARTMENT OF JUSTICE
    By: */s/ Thomas M. Brown*
        Thomas M. Brown
        Attorneys for The United States of America