**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of January, two thousand twenty-four.

Before:        Michael H. Park,
                    *Circuit Judge,*

_____

Energetic Tank, Inc., as Owner of the M/V Alnic MC, for exoneration from or Limitation of Liability,

    Plaintiff-Counter-Defendant-Appellant-Cross-Appellee,

v.

United States of America,

    Claimant-Counter-Claimant-Counter-Defendant-Appellee-Cross-Appellant,

Unknown Defendant,

    Defendant-Counter-Defendant-Appellee,

Navin Ramdhun,

    Defendant-Counter-Claimant-Appellee-Cross-Appellant,

Mark Joseph Ligon, Malachi Shannon,

    Claimants-Counter-Claimants-Counter-Defendants-Appellees-Cross-Appellants,

Joshua Bruce Hook, Mr. Doyle A Ebarb, Joseph K Robbins, Andy Aceret, Gao Yong, Michael Wuest, Joshua Patat, Ashanti Molton, Donnovan Lamarcus Jones, Ayaka Joseph, Xiomaro Cuevas Soto, Devin Mask, Patrick Joseph,Haruka Ramdhun, Jason Luangco, Cheysserr Luangco,

ORDER

Docket Nos. 22-1765(L), 22-2774(Con), 22-2881(XAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/18/2024____

MANDATE ISSUED ON 01/17/2024

Nestor Cuevas Soto, Francesco Sanfilippo, Alexis Sanfilippo, Carmelo Castro, Philip Torio, Phillip Fields, James Andy Woods, John B. Ray, Rodrigo Owen Tionquiao, Jerrell Dean, Clember Miranda, Michael Collins, Dedrick Walker, Milton O. Lovelace, Donnel Robinson, Davion Reese, Michael Wuest, Joshua Patat, Juan Romero, Akimwalle Winter, Vares Belony, Tracey Lovelace, Delando Beckford, Victor Granados, Byron Jamal Johnson,

    Counter-Claimants-Claimants-Appellees-Cross Appellants,

Gilleon Gillis, John Hoagland, Karen Doyon, Richard Lopez, Taylor Troy, Karen Bushell, Rachel Eckels, Theresa Palmer, Darryl Smith, Amy Winters, Jacqueline Ingram,

    Counter-Claimants-Claimants-Appellees,

Kerrington Harvey, Jason Baldwin, Matthew Montgomery, Brandon York,

    Claimants-Appellees- Cross-Appellants,

Jennifer Simon, Karen Tolley, as personal representative of the Estate of Brandon Tolley,

    Claimants-Appellees.

_____

    The parties stipulate that the appeal and cross-appeal between Energetic Tank, Inc., Francesco Sanfilippo, and Alexis Sanfilippo are withdrawn with prejudice and without costs or fees, pursuant to Federal Rule of Appellate Procedure 42(b).

    The stipulation is SO ORDERED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit