```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Energetic Tank, Inc.,               :
                                    :
                                    :    18 CV 1359 (LAP)
              Plaintiff(s),         :
                                    :       ORDER
      -against-                     :
                                    :
Unknown Defendant, et al.,          :
                                    :
              Defendant(s).         :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel shall confer and inform Judge Preska by letter no later than April 12, 2024 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: April 4, 2024
New York, New York