```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| In the Matter of the Complaint of <br><br> ENERGETIC TANK, INC., as Owner of the M/V ALNIC MC, for Exoneration from or Limitation of Liability | No. 18-CV-1359 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The status conference previously scheduled for 4:00 p.m. on May 7, 2024, is hereby adjourned to 10:00 a.m. on May 15, 2024. The dial-in for the status conference is (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:   April 30, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge