UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Complaint

of

ENERGETIC TANK, INC., as Owner of the M/V ALNIC MC, for Exoneration from or Limitation of Liability

---

No. 18-CV-1359 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the pre-motion letters for a discovery conference filed by Petitioner Energetic Tank, Inc. ("Energetic Tank"), (see dkt. nos. 551, 552), as well as the letter responses filed by Claimants Delando Beckford and Clember Miranda, (see dkt. nos. 555, 556). Energetic Tank and Claimants Beckford and Miranda shall address the topics in their respective letters at the status teleconference scheduled for 10:00 a.m. on May 15, 2024.

**SO ORDERED.**

Dated:    May 3, 2024
           New York, New York

                                        */s/ Loretta A. Preska*
                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge