UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Complaint of<br><br>ENERGETIC TANK, INC., as Owner of the M/V ALNIC MC, for Exoneration from or Limitation of Liability | No. 18-CV-1359 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the proposed order filed by Petitioner regarding the structure and selection of bellwether trials in the above-captioned case, (see dkt. no. 571), the letter filed by Petitioner respecting the same, (see dkt. no. 573), and the letter response filed by counsel for several of the wrongful death claimants, (see dkt. no. 574). The parties shall appear for a teleconference at 9:15 a.m. on June 3, 2024, to address their submissions and to provide clarity on the details of their respective proposals regarding a bellwether trial structure. The dial-in for the conference is: (877) 402-9753, access code 6545179.

**SO ORDERED.**

Dated:    May 30, 2024
              New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge