# HOFMANN & SCHWEITZER

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY
212 West 35th Street, 12th Floor
NEW YORK, NY 10001
Telephone: (212) 465-8840

PAUL T. HOFMANN*
TIMOTHY F. SCHWEITZER*
—————

DARIO ANTHONY CHINIGO*
NICOLE VERA*†

*Also Admitted in NJ
† Also Admitted in FL

Fax: (212) 465-8849
Fax: (844) 570-8674

E-M AIL: INFO@HOFMANNLAWFIRM COM
WEB PAGE: WWW HOFMANNLAWFIRM COM

NEW JERSEY OFFICE:
1130 ROUTE 202 SOUTH , SUITE A7
RARITAN, NJ 08869
(908) 393-5662

Writer's Email:
paulhofmann@hofmannlawfirm.com

June 13, 2024

Via ECF

Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     Energetic Tank, Inc. as Owner of the M/V Alnic, 1:18-Civ.-01359 (LAP)
        In Limine Motion Briefing Schedule

Dear Judge Preska:

As you will recall, our office represents the bulk of the 27 claimants for whom we originally brought claims in this maritime Limitation of Liability Act proceeding.  I write to request the court extend the briefing schedule for the motion in limine by one week, for the following reason.

As the main proponent of making the motion in limine to request exclusion of references at trial to the Singapore "Guidelines for the Assessment of General Damages in Personal Injury Cases published for the Subordinate Courts of Singapore" (the "Guidelines"), I undertook writing the initial motion. We agreed to consult with the other claimants who wished to join in the motion to reduce the number of briefs.  I have worked on same, but due to several family health issues and obligations, I have been unable to complete the task and circulate my work product to the other interested claimants' counsel.  The due date for filing the motion currently is scheduled for tomorrow, June 14.  (Opposition currently is due July 5 with reply due July 12).

I have requested Petitioner's counsel, Christopher Odell, for his consent to move back by one week all deadlines and counsel has graciously agreed, should your Honor allow.

**HOFMANN & SCHWEITZER**

-Page 2-

       Accordingly, I ask the court to permit the following amendment to the motion schedule:

| | |
|---|---|
| June 21, 2024: | File Motion |
| July 12, 2024 | Opposition |
| July 19, 2024 | Reply if any |

       Of course, should the court wish, counsel can make themselves available for consultation with the Court.  I thank you for your continued oversight of this matter.

Respectfully yours,

HOFMANN & SCHWEITZER

By: _____
              Paul T. Hofmann

PTH/gh

c:       All counsel via ECF

The Court hereby grants the claimants' request.  The briefing schedule for any claimant's motion in limine shall be extended as set forth above.  The Clerk of the Court shall close docket entry 578.

**SO ORDERED.**

Dated:   June 13, 2024

_____
LORETTA A. PRESKA, U.S.D.J.