UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Mater of the Complaint,

of

v.

ENERGETIC TANK, INC.,
as Owner of the M/V ALNIC MC,
for Exoneration from or Limitation of
Liability

Case No. 1:18-cv-1359 (PAC)

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Claimant Nestor Cuevas Soto and Petitioner Energetic Tank, Inc. hereby stipulate and

agree that this cause of action should be dismissed WITH PREJUDICE. Each party shall bear

their or its own costs paid or incurred.

Jacob Shisha
Stephen Roberts
TABAK, MELLUSI & SHISA LLP
29 Broadway, Suite 2400
New York, New York 10006
Tel: 212-962-1590
Fax: 212-385-0920
Email: jshisha@sealawyers.com
Email: tabakmellusi@yahoo.com

*Counsel for Nestor Cuevas Soto*

Christopher M. Odell
ARNOLD & PORTER KAYE SCHOLER
LLP
700 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel: 713-576-2401
Fax: 713-576-2499
Email: christopher.odell@arnoldporter.com

Thomas H. Belknap, Jr.
Alan M. Weigel
BLANK ROME LLP
405 Lexington Avenue
New York, New York 10174
Tel: 212-885-5270
Fax: 917-332-3795
Email: thomas.belknap@blankrome.com

10

Email: alan.weigel@blankrome.com

*Counsel for Petitioner Energetic Tank, Inc.*

Dated: This ___23rd___ day of _____July_____, 2024

The Court grants the parties' motion to dismiss Claimant Nestor Cuevas Soto from the above-captioned case with prejudice. The Clerk of the Court shall terminate Claimant Nestor Cuevas Soto from the docket.

**SO ORDERED.**

Dated:  July 26, 2024

*Loretta A. Presca*

LORETTA A. PRESKA, U.S.D.J.

11