UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Complaint

of

ENERGETIC TANK, INC., as Owner of the M/V ALNIC MC, for Exoneration from or Limitation of Liability

No. 18-CV-1359 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

The Court has received the letter filed by Petitioner, dated September 20, 2024, (see dkt. no 609), requesting clarification regarding the Joint Pretrial Scheduling Order entered by the Court on June 13, 2024, (see dkt. no. 580).

The parties need not file pre-motion letters requesting a conference before formally filing any of the motions contemplated by the Joint Pretrial Scheduling Order, i.e., Daubert motions, motions for summary judgment, and motions in limine ("Pre-Trial Motions"). (See dkt. no. 580 ¶ 4.) By including in the Joint Pretrial Scheduling Order that the parties may file a pre-motion letter by November 29, 2024, (see id.), the Court merely intended to convey that a party could file a pre-motion letter pursuant to Individual Rule 2.A in lieu of a more formal memorandum of law as described in Individual Rule 2.B and Local Rule 7.1 if the party was so inclined.

Accordingly, the Court will construe either a formal notice of motion, accompanied by a memorandum of law, or a pre-motion letter as a Pre-Trial Motion under the Joint Pretrial Scheduling Order.

**SO ORDERED.**

Dated:   September 23, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge