UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Complaint,<br><br>of<br><br>ENERGETIC TANK, INC.,<br>as Owner of the M/V ALNIC MC,<br>for Exoneration from<br>or Limitation of Liability | No. 1:18-cv-1359 (LAP)<br><br><br><br>**SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered in the above action on the 6th day of October 2022, in favor of the United States and against Petitioner Energetic Tank, Inc., in the amount of $44,857,901 plus interest from the 6th day of October 2022, and said judgment with interest thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshal,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:   Washington, DC
         September 25, 2024

                                        Aviation, Space & Admiralty Litigation
                                        Torts Branch, Civil Division
                                        U.S. Department of Justice

                              By        /s/ Jessica G. Sullivan
                                        **Jessica G. Sullivan**
                                        **Thomas M. Brown**
                                        175 N Street, NE, Room 8th Floor
                                        Washington, DC 20002
                                        (202)-616-4044
                                        Tel: (202) 616-4044 (Sullivan)
                                        Tel: (202) 616-4036 (Brown)
                                        Fax: (202) 616-4002
                                        Email: Jessica.Sullivan@usdoj.gov
                                        Email: Thomas.M.Brown@usdoj.gov

                                        *Counsel for the United States of America*

|  |  |  |
|---|---|---|
| WASHINGTON, | ) | In the Matter of the Complaint of Energetic Tank, |
|  | ) | Inc., as Owner of the M/V ALNIC MC, for |
| DISTRICT OF COLUMBIA | ) | Exoneration from or Limitation of Liability |
|  | ) |  |

On the 25th day of September 2024 before me personally came Thomas M. Brown to me and known to be a Trial Attorney of the U.S. Department of Justice, attorneys for the United States of America, in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public



District of Columbia
Signed and sworn to (or affirmed) before me
on 9/25/24 by THOMAS M. BROWN
    Date        Name(s) of Individual(s) making Statement
_____
Signature of Notarial Officer
Notary Public
Title of Office
My commission expires: 9/14/2028