USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Complaint,

of

ENERGETIC TANK, INC.,
as Owner of the M/V ALNIC MC,
for Exoneration from
or Limitation of Liability

No. 1:18-cv-1359 (LAP)

**SATISFACTION OF JUDGMENT**

---

WHEREAS, a judgment was entered in the above action on the 6th day of October 2022, in favor of the United States and against Petitioner Energetic Tank, Inc., in the amount of $44,857,901 plus interest from the 6th day of October 2022, and said judgment with interest thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshal,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:    Washington, DC
          September 25, 2024

Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice

By  _____
**Jessica G. Sullivan**
**Thomas M. Brown**
175 N Street, NE, Room 8th Floor
Washington, DC 20002
(202)-616-4044
Tel: (202) 616-4044 (Sullivan)
Tel: (202) 616-4036 (Brown)
Fax: (202) 616-4002
Email: Jessica.Sullivan@usdoj.gov
Email: Thomas.M.Brown@usdoj.gov

*Counsel for the United States of America*

|  |  |  |
|---|---|---|
| WASHINGTON, | ) | In the Matter of the Complaint of Energetic Tank, |
|  | ) | Inc., as Owner of the M/V ALNIC MC, for |
| DISTRICT OF COLUMBIA | ) | Exoneration from or Limitation of Liability |
|  | ) |  |

On the 25th day of September 2024 before me personally came Thomas M. Brown to me and known to be a Trial Attorney of the U.S. Department of Justice, attorneys for the United States of America, in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

[Notary seal: SOFIA LANG, NOTARY PUBLIC, MY COMMISSION EXPIRES 9/14/2028, DISTRICT OF COLUMBIA]

District of Columbia
Signed and sworn to (or affirmed) before me on 9/25/24 by THOMAS M. BROWN
Date — Name(s) of Individual(s) making Statement

_____
Signature of Notarial Officer

Notary Public
Title of Office

My commission expires: 9/14/2028