```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| In the Matter of the Complaint, of ENERGETIC TANK, INC., as Owner of the M/V ALNIC MC, for Exoneration from or Limitation of Liability | No. 18-CV-1359 (LAP) ORDER |
|---|---|

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the letter filed by Mr. Hofmann in the above-captioned case. (See dkt. no. 629.) The parties shall appear for a teleconference at 9:30 a.m. on November 7, 2024, using the dial-in (877) 402-9753, access code: 6545179, to address the topics raised in Mr. Hofmann's submission.

**SO ORDERED.**

Dated:    October 29, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge