UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In the Matter of the Complaint of ENERGETIC TANK, INC., as Owner of the M/V ALNIC MC, for Exoneration from or Limitation of Liability | No. 18-CV-1359 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

As agreed during the telephone conference held today, the Court hereby orders the parties to submit a joint letter or separate letters no later than November 20, 2024 providing an update on the status of settlement discussions, advising the Court on which claims, if any, are left to be tried, and informing the Court how the parties propose to proceed.

**SO ORDERED.**

Dated:   November 7, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge