## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Complaint,

    of

ENERGETIC TANK, INC.,
as Owner of the M/V ALNIC MC,
for Exoneration from or Limitation of
Liability

CAUSE NO.: 1:18-cv-1359 (LAP)

## [~~PROPOSED~~] JOINT MODIFIED PRETRIAL
## BELLWETHER MOTION BRIEFING SCHEDULE

    COME NOW Petitioner Energetic Tank, Inc. and Claimants Alan Aaron, Gilleon Gillis, Troy Taylor, Karen Doyon, Rachel Eckels, Theresa Palmer, Darryl Smith, Jennifer Simon, Karen Bushell, Jacqueline Ingram, Cynthia Kimball, Richard Lopez, and Amy Winters, who submit this proposed Joint Modified Pretrial Bellwether Motion Briefing Schedule.

    **IT IS ORDERED THAT** the pretrial bellwether motion briefing schedule be modified as follows:

1.     The deadline for filing pretrial bellwether Rule 702, summary judgment, and in limine motions ("pretrial bellwether motions") shall be December 20, 2024.

2.     Any opposing or response papers to pretrial bellwether motions must be filed no later than January 10, 2025.

3.     Any reply papers to pretrial bellwether motions must be filed no later than January 27, 2025.

4.     Parties are permitted (but not required) to file a pre-motion letter setting forth the basis for an anticipated pretrial bellwether motion (in accordance with the Court's Individual Practice Rules), and such a pre-motion letter shall be timely if filed by December 20, 2024.[1]

---

[1]   *See* ECF No. 610 (clarifying that parties need not file pre-motion letters before filing any

Parties are not required to file a pre-motion letter before formally filing any pretrial bellwether motions contemplated herein. The deadlines set forth in Paragraphs 2 and 3 for filing oppositions and reply briefs apply to any such pre-motion letters.

5.    All other provisions in the Joint Pretrial Scheduling Order entered on June 13, 2024 in this matter (ECF No. 580) remain in effect.

SO ORDERED.

Signed this ___21 sT___ day of _Nov_, 2024.

_Loretta A. Preska_

**Hon. LORETTA A. PRESKA**
**Senior United States District Judge**

---

pretrial bellwether motions under the Joint Pretrial Scheduling Order, ECF No. 580).

DATED:  November 20, 2024                    Respectfully submitted,

By: *s/Christopher M. Odell*
Diana Sterk
diana.sterk@arnoldporter.com
James D. Herschlein
James.herschlein@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th St.
New York, NY 10019
T: (202) 942-5000

Christopher M. Odell
christopher.odell@arnoldporter.com
Amanda Thomson
amanda.thomson@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana St., Ste. 4000
Houston, TX 77098
T: (713) 576-2400

David J. Weiner
david.weiner@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
T: (202) 942-5000

Thomas H. Belknap Jr.
thomas.belknap@blankrome.com
Noe S. Hamra
noe.hamra@blankrome.com
Alan M. Weigel
alan.weigel@blankrome.com
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
T: (212) 885-5000

*Counsel for Petitioner Energetic Tank, Inc., as*
*Owner of the M/V Alnic MC*

*s/*Cory Itkin
Cory Itkin
citkin@arnolditkin.com
Jason A. Itkin
jitkin@arnolditkin.com
Kurt B. Arnold
karnold@arnolditkin.com
ARNOLD & ITKIN LLP
6009 Memorial Dr.
Houston, TX 77007
T: (713) 222-3800

Mitchell Aaron
maaron@torgancooper.com
TORGAN COOPER & AARON PC
17 State St., 39th Fl.
New York, NY 10004
T: (212) 232-2500

*Counsel for Claimants Alan Aaron, Gilleon
Gillis, Troy Taylor, Karen Bushell, Karen
Doyon, Rachel Eckels, John Hogland,
Jacqueline Ingram, Richard Lopez, Theresa
Palmer, Darryl Smith, and Amy Winters*


*s/*Kirk Lyons
James W. Barlett, III
jbartlett@semmes.com
SEMMES, BOWEN & SEMMES
250 W. Pratt Street, Suite 1900
Baltimore, MD 21201
T: (410) 539-5040

Kirk M. Lyons
klyons@lyons-flood.com
LYONS & FLOOD, PLLC
The Towers, Suite 206
111 Great Neck Road
Great Neck, NY 11021
T: (212) 594-2400

*Counsel for Claimant Jennifer Simon*

4