# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Phone: (212) 885-5348
Fax: (917) 332-3068
Email: lauren.wilgus@blankrome.com

December 19, 2024

**VIA ECF**

The Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 1007-1312

Re: *In re Energetic Tank, Inc.*, No. 1:18-cv-1359 (S.D.N.Y.)

Dear Judge Preska:

This law firm represents Petitioner Energetic Tank, Inc. in the above referenced matter.

The undersigned will be changing law firms and respectfully requests to be removed from docket 18-cv-1359. We request that this Court direct the Clerk of the Court to remove the undersigned from the docket and list of attorneys to be noticed in this matter on the Court's Case Management/Electronic Case Files (CM/ECF) system.

Energetic Tank, Inc. will continue to be represented by Thomas H. Belknap, Jr.; Kierstan L. Carlson; Noe S. Hamra; Neil P. McMillan; and Alan M. Weigel of Blank Rome LLP, attorneys of record.

Very truly yours,

*Lauren Wilgus*

Lauren B. Wilgus