UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Complaint<br><br>of<br><br>ENERGETIC TANK, INC., as Owner of the M/V ALNIC MC, for Exoneration from or Limitation of Liability | Case No. 1:18-cv-1359 (LAP) |

**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT
ON PUNITIVE AND AGGRAVATED DAMAGES**

PLEASE TAKE NOTICE that pursuant to the Court's February 18, 2025 Order, Dkt. 735, Petitioner Energetic Tank, Inc. hereby moves this Court for an order granting partial summary judgment for Petitioner and dismissing Claimant Jennifer Simon's claims for punitive and aggravated damages with prejudice. This motion is brought under Rule 56 of the Federal Rules of Civil Procedure, and it is based on this Notice, the accompanying Memorandum of Law, and the accompanying declaration of Christopher M. Odell and attached exhibits, the pleadings and papers on file in this action, and such further evidence and argument as may be presented to the Court before the decision on this Motion.

Dated: March 11, 2025

Respectfully submitted,

*S/*Christopher M. Odell
Christopher M. Odell
christopher.odell@arnoldporter.com
Amanda Thomson
amanda.thomson@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana St., Ste. 4000
Houston, TX 77098
T: (713) 576-2400

Diana Sterk
diana.sterk@arnoldporter.com
James D. Herschlein
james.herschlein@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th St.
New York, NY 10019
T: (202) 942-5000

David J. Weiner
david.weiner@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
T: (202) 942-5000

Thomas H. Belknap Jr.
thomas.belknap@blankrome.com
Noe S. Hamra
noe.hamra@blankrome.com
Alan M. Weigel
alan.weigel@blankrome.com
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
T: (212) 885-5000

*Counsel for Petitioner Energetic Tank, Inc., as Owner of the M/V Alnic MC*