UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Complaint, of <br><br> ENERGETIC TANK, INC., as Owner of the M/V ALNIC MC, for Exoneration from or Limitation of Liability | Case No. 1:18-cv-1359 (LAP) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Claimant Jennifer Simon, individually and as personal representative of the estate of Kevin Bushell, and Petitioner Energetic Tank, Inc. hereby stipulate and agree that this cause of action should be dismissed WITH PREJUDICE. Each party shall bear their or its own costs paid or incurred.

_/s/ Kirk M. Lyons_
Kirk M. Lyons
LYONS & FLOOD, PLLC
The Towers, Suite 206
111 Great Neck Road
Great Neck, NY 11021
Tel: (212) 594-2400
Email: klyons@lyons-flood.com

James W. Bartlett III
SEMMES, BOWEN & SEMMES
250 W. Pratt Street, Suite 1900
Baltimore, MD 21201
Tel: (410) 576-4833
Email: JBartlett@semmes.com

*Counsel for Jennifer Simon, Individually and as Personal Representative of the Estate of Kevin Bushell*

_/s/ Christopher M. Odell_
Christopher M. Odell
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, Texas 77002
Tel: 713-576-2401
Email: christopher.odell@arnoldporter.com

Thomas H. Belknap, Jr.
Alan M. Weigel
BLANK ROME LLP
405 Lexington Avenue
New York, New York 10174
Tel: 212-885-5270
Email: thomas.belknap@blankrome.com
Email: alan.weigel@blankrome.com

*Counsel for Petitioner Energetic Tank, Inc.*

Dated: This __15th__ day of __May__, 2025